## NEW YORK COMMON PLEAS.

FREDERICK DE BARY *et al.* agt. D. AUGUSTUS STANLEY *et al.*

*Examination under sections* 190 *and* 191 — *production of books and papers.*

The examination of a party before trial under sections 190 and 191 of the Code, does not authorize the issuing of a subpœna *duces tecum* to bring up the party's books and papers. They are distinct proceedings.

*General Term, November,* 1874.

APPEAL from order at special term overruling objections of defendant by order allowing subpœna, *duces tecum*, to bring up defendants' books and papers upon the examination of defendant before trial, under sections 190 and 191 of the Code.

*W. H. Arnoux,* for defendant.

*W. L. Flagg,* for plaintiff.

ROBINSON, *J.* — The mode of obtaining inspection of an adversary's books and papers is pointed out by the Revised Statutes (*R. S., part* 3, *ch.* 1, *tit.* 3) and the rules (*Rules* 13, 19, 20, 22).

The mode of obtaining the inspection and copy of a particular paper is pointed out by section 288 of the Code. The examination of a party before trial, under sections 190 and 191 of the Code and Rule 21, is wholly distinct from the foregoing remedies, and does not include any more than it supersedes them. The case of *Bonesteel* agt. *Lynde* (3 *How.,* 226)

De Bary agt. Stanley.

does not sustain the order, for that was a subpœna, *duces tecum*, served upon a party upon the trial. In the case of *People* agt. *Dyckman* (24 *How.*, 322) the point was not directly involved, and the case was subsequently overruled. The better authority is contained in *Hauseman* agt. *Sterling* (61 *Barb.*, 347) and *Woods* agt. *Defiganiere* (16 *Abb.*, 159).

Order appealed from reversed.

DALY, C. J., and J. F. DALY, J., concurred.